**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6280**

———————

DOUGLAS ALAN JARVIS,

                           Petitioner - Appellant,

    versus

VANESSA P. ADAMS, Warden, FCC Petersburg,

                           Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-05-36-2)

———————

Submitted: July 18, 2005        Decided: August 12, 2005

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas Alan Jarvis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Alan Jarvis seeks to appeal from the district court's orders construing his 28 U.S.C. § 2241 (2000) petition as a 28 U.S.C. § 2255 (2000) motion and transferring it to the Southern District of Florida, and denying his motion for reconsideration. We have reviewed the record and the district court's order and find no reversible error. Accordingly, although we grant Jarvis' motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Jarvis v. Adams, No. CA-05-36-2 (E.D. Va. Feb. 2, 2005; Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED